BERTHA LAX, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

C. BAHNSEN & COMPANY, INC., Appellant, v. SAMUEL GERST, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Clarke, P. J., and Laughlin, J., dissenting.

AMERICAN PRESS ASSOCIATION, Respondent, v. PAUL BLOCK, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve amended answer on payment of said costs and ten dollars costs awarded to plaintiff at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HARRIS B. McKENZIE, Respondent, v. RHEINHOLD WAPPLER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer in ten days on payment of said costs and ten dollars costs awarded to plaintiff by order appealed from. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JAMES W. DAVIS, Respondent, v. MARK C. TREDENNICK COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Respondent, v. PARTOLA MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EMMA SOROKIN, Respondent, v. CHILDS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAUD E. WEBBER v. WILLIAM WEBBER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of MAX LOWENTHAL, Receiver, etc. (E. F. DREW & COMPANY v. W. F. GEORGE CHEMICALS, INC.) — Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of MAX LOWENTHAL, Receiver, etc. (E. F. DREW & COMPANY v. W. F. GEORGE CHEMICALS, INC.) — Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of MAX LOWENTHAL, Receiver, etc. (E. F. DREW & COMPANY v. W. F. GEORGE CHEMICALS, INC.) — Motion granted; question certified; Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

INTERCONTINENTAL RUBBER COMPANY v. CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES DINEEN (JAMES KANEEN), 18 Cases Supposed to Contain Whisky.— Motion denied and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWIN P. KILROE and LOUIS E. SWARTS.— Preference granted for head of calendar, February 21, 1922. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.